UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

**INDICTMENT FOR DISTRIBUTION OF COCAINE BASE,
CONSPIRACY TO TAMPER WITH A WITNESS, TAMPERING WITH A
WITNESS, USING AND CARRYING A FIREARM DURING AND IN RELATION
TO A CRIME OF VIOLENCE, AND FOR ACCESSORY AFTER THE FACT**

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 97-42-A-M3 |
| | : 21 U.S.C. § 841(a)(1) |
| versus | : 18 U.S.C. § 371 |
| | : 18 U.S.C. § 1512(b)(3) |
| PATRICK D. LOMAS, | : 18 U.S.C. § 924(c)(1) |
| DARNELL PAYTON, and | : 18 U.S.C. § 3 |
| JEFFREY J. PAYTON | : 18 U.S.C. § 2 |

**THE GRAND JURY CHARGES:**

### COUNT 1

On or about May 22, 1997, in the Middle District of Louisiana, **PATRICK D. LOMAS,** defendant herein, knowingly and intentionally did distribute cocaine base (also known as "crack cocaine"), a Schedule II controlled substance.

The above is a violation of Title 21, United States Code, Section 841(a)(1).

### COUNT 2

**THE CONSPIRACY AND ITS OBJECT**

1. On or about May 22, 1997, in the Middle District Louisiana, **PATRICK D. LOMAS, DARNELL PAYTON,** and **JEFFERY J. PAYTON,** defendants herein, did conspire among themselves, to intimidate,



use physical force against, and threaten a witness with the intent to hinder, delay and prevent the communication to a law-enforcement officer of information relating to the commission of a Federal offense, namely, distribution of cocaine base, in violation of Title 21, United States Code, Section 841(a)(1), which is a violation Title 18, United States Code, Section 1512(b)(3), and did aid and abet in the commission said conspiracy.

**OVERT ACTS:**

2. In furtherance the conspiracy and to accomplish the object thereof, defendants committed the following overt acts, among others, in the Middle District of Louisiana:

- a) **Patrick D. Lomas** ordered the witness to return to the porch the residence, located at 631 Everette, Sorrento, LA (631 Everette);
- b) When the witness refused to comply with **Patrick D. Lomas'** order, **Lomas** exited the porch of said residence carrying a firearm. **Lomas, Jeffery J. Payton,** and **Darnell Payton** proceeded towards the witness;
- c) **Jeffery J. Payton** lifted the witness' shirt to reveal a hidden microphone wire worn by the witness;

0015

2

d)   **Darnell Payton** forcibly removed the microphone wire from the witness, and pulled a revolver and pointed it at the witness' head;

e)   **Jeffery J. Payton** stood behind the witness to prevent him from leaving;

f)   While also pointing a pistol at the witness, **Patrick D. Lomas** ordered the witness to give him the tape he believed the witness had made of the narcotics transaction he had just conducted with the witness;

g)   **Patrick D. Lomas**, **Darnell Payton**, and **Jeffery J. Payton** tried to force the witness back to the residence, located at 631 Everette;

h)   **Patrick D. Lomas** forcibly removed a cassette recorder from the witness;

I)   **Patrick D. Lomas** attempted to forcibly take from the witness the cocaine base which **Lomas** had just distributed to the witness;

j)   As law-enforcement officers arrived at 631 Everette, **Patrick D. Lomas** fled the scene, carrying the cassette recorder he had forcibly removed from the witness.

The above is a violation of Title 18, United States Code, Sections 371 and 2.

## COUNT 3

On or about May 22, 1997, in the Middle District of Louisiana, **PATRICK D. LOMAS, DARNELL PAYTON, AND JEFFREY J. PAYTON**, defendants herein, knowingly did use and aid and abet each other to knowingly use intimidation, physical force, and threats, against a witness, with intent to hinder, delay, and prevent the communication to a law enforcement officer of information relating to the commission of a Federal offense, namely, distribution of cocaine base (also known as "crack cocaine"), in violation of Title 21, United States Code, Section 841(a)(1).

The above is a violation of Title 18 United States Code, Sections 1512(b)(3) and 2.

## COUNT 4

On or about May 22, 1997, in the Middle District of Louisiana, **PATRICK D. LOMAS** and **DARNELL PAYTON**, defendants herein, knowingly did use and carry firearms, during and in relation to a crime of violence, that is, the crimes described in Count 3.

The above is a violation of Title 18 United States Code, Section 924(c)(1).

## COUNT 5

On or about May 22, 1997, in the Middle District of Louisiana, **DARNELL PAYTON** and **JEFFREY J. PAYTON**, defendants herein, knowing

that an offense against the United States had been committed, that is, distribution of cocaine base (also known as "crack cocaine"), as described in Count 1 above, did assist **PATRICK D. LOMAS**, the offender, in order to hinder and prevent his apprehension, trial, and punishment.

The above is a violation of Title 18, United States Code, Sections 3 and 2.

| | |
|---|---|
| UNITED STATES OF AMERICA, by | A TRUE BILL |
| _____<br>L.J. Hymel<br>United States Attorney | _Cheryl D. Beatty_____<br>Grand Jury Foreman |
| _for_ _Frederick A. Meuner Jr.___<br>Robert W. Piedrahita<br>Assistant United States Attorney | _June 3, 1997_____<br>Date |