# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA       :
                               :
    *versus*       :       CRIMINAL NO. 97-42-JWD-RLB
                               :
PATRICK LOMAS                  :

## UNITED STATES' RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION APPEALING THE DENIAL OF SENTENCING REDUCTION (DOC. 252)

The United States of America, by and through the undersigned Assistant United States Attorneys, respectfully submits this response in opposition to Defendant Patrick Lomas' *"Motion Pursuant to § 3582(c)(2), 18 U.S.C. § 3742(a) Appealing the Denial of Eligibility Under § 3582(c)(2) By The District Court"* (Doc. 252). The Court should deny the defendant's motion.

As the Court is well aware, the defendant has filed numerous post-conviction motions. At issue here is one of the defendant's motions under 18 U.S.C. § 3582(c), which he filed in July of 2017 and in which he sought to reduce the sentencing guidelines applicable to his case. (Doc. 236.)[1] In February of 2018, the Court denied the motion (Doc. 244), and in March of 2018, the defendant filed a notice of appeal. (Doc. 248.)

The following month, in April of 2018—while the appeal was pending—the defendant filed the motion at issue here, Document 252. Once again, the defendant challenged this Court's decision not to reduce his sentence based on changes to the United States Sentencing Guidelines related to crack cocaine.

---

[1] This was not the defendant's first such motion. Several years earlier, in 2011, he had already filed a motion under 3582(c), which the Court denied, and which the defendant unsuccessfully appealed. (*See* Docs. 191, 195, 200.)

On one hand, there is an argument that the defendant's filing of the motion should have had no effect. The defendant had just filed a notice of appeal in which he sought to appeal this Court's decision not to reduce his sentence, and then, within weeks, he filed Document 252 and raised the exact same issue. Generally, the filing of a notice of appeal gives the appellate court "sole jurisdiction" and divests the trial court of jurisdiction to proceed with the case. *See, e.g., United States v. Dunbar*, 611 F.2d 985, 987 (5th Cir. 1980). There are exceptions to the rule, however, such as when a party files a notice of appeal from a "non-appealable order," or when the underlying motion that is the subject of the attempted appeal is "frivolous." *Id.* at 987-88. In this case, arguably, that second exception applies. This Court would later determine that the defendant's notice of appeal was untimely, without good cause or excusable neglect (Doc. 265), and the Fifth Circuit dismissed the appeal (Doc. 270).

At any rate, under either rationale, the *"Motion Pursuant to § 3582(c)(2), 18 U.S.C. § 3742(a) Appealing the Denial of Eligibility Under § 3582(c)(2) By The District Court"* is now moot. The issues raised in the motion have been considered and decided by this Court, and the Fifth Circuit, on numerous occasions, including in the defendant's unsuccessful appeal that was pending at the time this motion was filed.

Respectfully submitted, this 25ᵗʰ day of August, 2020.

BRANDON J. FREMIN
UNITED STATES ATTORNEY

/s/ Alan A. Stevens
ALAN A. STEVENS
/s/ Robert W. Piedrahita
ROBERT W. PIEDRAHITA
Assistant United States Attorneys
777 Florida Street, Suite 208
Baton Rouge, Louisiana 70801
Tel: (225) 389-0443

UNITED STATES OF AMERICA      :

                           :

    *versus*                 :     CRIMINAL NO. 97-42-JWD-RLB

                           :

PATRICK LOMAS             :

## **CERTIFICATE OF SERVICE**

       I hereby certify that on this 25th day of August, 2020, I electronically filed this

document with the Clerk of Court using the CM/ECF system.  I have also caused a copy

of this document to be delivered to the defendant, via first-class U.S. Mail, with

adequate postage affixed, and addressed as follows:

> Mr. Patrick D. Lomas
> Inmate #09630-097
> U.S.P. Big Sandy
> Post Office Box 2068
> Inez, Kentucky 41224

>  /s/ Alan A. Stevens
> Alan A. Stevens